IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01102-RPM

PACIFIC INSURANCE COMPANY, LIMITED,
A Connecticut Corporation,

        Plaintiff,

v.

TELLURIDE BUILDCO, LLC,
A Delaware Limited Liability Company,

        Defendant.

---

## ORDER DISMISSING COUNTERCLAIM

---

For the reasons stated at the scheduling conference, it is

ORDERED that the Motion to Dismiss Defendant's Counterclaim for Violation of Colorado's Consumer Protective Act is granted.

Dated: November 3, 2005

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge