IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-CV-1102

PACIFIC INSURANCE COMPANY, LIMITED,
A Connecticut Corporation,

Plaintiff,

v.

TELLURIDE BUILDCO, LLC,
a Delaware Limited Liability Company,

Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER

MAR 15 2006

GREG...

## ORDER MODIFYING EXPERT DEADLINES IN SCHEDULING ORDER

THE COURT, having considered the parties Stipulated Motion to Modify Expert Deadlines in Scheduling Order hereby modifies the Scheduling Order as follows:

Section 6(d)(3) is modified as follows:

"Plaintiff shall designate any experts on its affirmative claim for declaratory relief within 150 days after filing its Answer to Defendant's Counterclaims. Defendant shall designate any experts on its Counterclaim within 150 days after Plaintiff files its Answer to Defendant's Counterclaims."

Section 6(d)(4) is modified as follows:

"Plaintiff shall file any rebuttal expert disclosures to Defendant's counterclaims on or before 180 days after Plaintiff files its Answer to Defendant's Counterclaims. Defendant will endorse any rebuttal expert disclosures to

Plaintiff's affirmative claim on or before 180 days after Plaintiff files its Answer to Defendant's Counterclaims."

Dated this 15 day of March, 2006.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

2