IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01102-RPM

PACIFIC INSURANCE COMPANY, LIMITED,
A Connecticut Corporation,

                        Plaintiff,

v.

TELLURIDE BUILDCO,LLC,
A Delaware Limited Liability Company,

                        Defendant.
_____

ORDER OF DISMISSAL
_____

        Pursuant to the Stipulated Motion to Dismiss, with Prejudice (Doc. #23), filed on

July 6, 2006, it is

        ORDERED that this action is dismissed with prejudice, each party to bear its

own costs, expenses and attorneys' fees.

        Dated: July 7, 2006

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge